# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **KEANDRE CARVESE BINION,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 2:24-cv-687-RAH-CWB |
| **ANN DAVIS, et al.,** | ) ) |
| Defendants. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation entered December 16, 2024, dismissing this action without prejudice. (Doc. 7.) There are no objections to this Recommendation. After an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is **ORDERED** that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice;

3. No costs are taxed;

4. All pending motions and deadlines are terminated.

A separate Final Judgment will be entered in accordance with this order.

DONE, on this the 8th day of January 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE